# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

TERRA CHAMBERS,      )
     )     Case No. 4:20-cv-01617
     Plaintiff,      )
     )     Removed from Circuit Court of
v.      )     the City of St. Louis, Missouri
     )
GURPREET PADDA, M.D.,      )     State Court Cause No. 2022-CC00246
INTERVENTIONAL CENTER FOR PAIN      )
MANAGEMENT, P.C., d/b/a CENTER FOR      )     JURY TRIAL DEMANDED
INTERVENTIONAL PAIN MANAGEMENT, )
CYBER DIAGNOSTIC MEDICINE, LLC      )
d/b/a HAMPTON OPEN MRI, and      )
LAB TEST, LLC d/b/a LAB TEST      )
DIAGNOSTICS,      )
     )
     Defendants.      )

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Lab Test, LLC ("Defendant" or "Lab Test") hereby gives notice of the removal of the above-styled action to this Court from the Circuit Court of the City of St. Louis, Missouri. In support of its Notice of Removal, Defendant states as follows:

1. Plaintiff Terra Chambers ("Plaintiff") commenced the above-captioned action in the Circuit Court of the City of St. Louis, Missouri on or about February 4, 2020, by filing her Petition in the cause styled *Terra Chambers v. Gurprett Padda, et.al.*, Case No. 2022-CC00246, against multiple defendants including Lab Test. The claims in her originally-filed Petition were under the Missouri Human Rights Act against all defendants, and she had a tort claim against individual defendant Gurpreet Padda.

2. On November 6, 2020, Plaintiff filed an Amended Petition, adding claims under Title VII of the Civil Rights Act of 1964 against all defendants, including Lab Test.

3.     This Notice of Removal is timely because it is filed within the thirty-day period prescribed by 28 U.S.C. § 1446.

4.     Venue is proper in this Court because Plaintiff filed her Petition and Amended Petition in the Circuit Court of the City of St. Louis, Missouri, which is located in the Eastern District. 28 U.S.C. § 1441(a).

5.     The Court has original jurisdiction over the state court action under 28 U.S.C. § 1331 because Plaintiff's Amended Petition presents a federal question.

## I. FEDERAL QUESTION

6.     28 U.S.C. § 1331 provides that United States District Courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.     "A defendant may remove a state court claim to federal court only if the claim originally could have been filed in federal court, and the well-pleaded complaint rule provides that a federal question must be presented on the fact of a properly pleaded complaint to invoke federal question jurisdiction."

8.     Plaintiff in her Amended Petition presents claims under Title VII of the Civil Rights Acts, which arises under federal law.

## II. SUPPLEMENTAL JURISDICTION

9.     28 U.S.C. § 1367(a) provides that in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy.

10.     Plaintiff's state law claims in this case are so related to the claims in the action granting this Court original jurisdiction that they form the same part of the case or controversy.

## IV. CONCLUSION

11.     Defendant properly removes this case to federal court pursuant to 28 U.S.C. § 1331 and § 1367(a) because Plaintiff's Amended Petition presents a federal question and the state court claims arise out of the same events as the federal claims.

12.     Pursuant to U.S.C. § 1446(d), Defendant has given written notice of its filing of this Notice of Removal to counsel for Plaintiff.  Defendant will also promptly file a copy of this Notice with the Circuit Court of the City of St. Louis, Missouri.

13.     Pursuant to 28 U.S.C. 1446(a), copies of the state court file is attached to this Notice as Exhibit A.

WHEREFORE, Defendant by and through counsel, desiring to remove this civil action of the United States District Court for the Eastern District of Missouri, prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the clerk of the Circuit Court of the City of St. Louis, Missouri, shall effect the removal of said civil action to this Honorable Court.

_/s/  Julie Z. Devine_
Julie Z. Devine                              #58268
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939
(314) 621-6844/Fax
jdevine@lashlybaer.com

Attorneys for Defendant
Lab Test, LLC

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served via electronic mail and U.S. Mail this 13th day of November, 2020, to:

James V. O'Brien, Esq.
Andrew S. Buchanan, Esq.
BUCHANAN, WILLIAMS AND O'BRIEN
2240 S. Brentwood
Brentwood, Missouri 63144
jobrien@bwoattorneys.com
abuchanan@bwoattorneys.com

Attorneys for Plaintiff

N. Scott Rosenblum, Esq.
ROSENBLUM, SCHWARTZ & FRY, P.C.
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
srosenblum@rsflawfirm.com

Michael W. Meresak, Esq.
MERESAK LAW, LLC
120 S. Central Avenue, Suite 130
St. Louis, Missouri 63105
mmereska@meresaklaw.com

Attorneys for Defendants
Gurpreet Padda and Interventional Center
for Pain Management

Harjot Singh Padda, Esq.
PADDA, BENNER & BENNER, LLC
3915 Brannon Avenue
St. Louis, Missouri 63109
jpadda@pbblawfirm.com

Attorneys for Defendant
Cyber Diagnostic Medicine, LLC
d/b/a Hampton Open MRI

*/s/ Julie Z. Devine*