# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TERRA CHAMBERS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 4:20-cv-01617 |
|  | ) |
| GURPREET PADDA, M.D., et al., | ) |
|  | ) |
| Defendants. | ) |

### DEFENDANTS INTERVENTIONAL CENTER FOR PAIN MANAGEMENT, P.C. AND GURPREET PADDA'S
### MOTION TO STAY DISCOVERY AND FOR A PROTECTIVE ORDER

COME NOW Defendants Interventional Center for Pain Management, P.C. d/b/a Center for Interventional Pain Management and Gurpreet Padda, M.D., by and through their undersigned attorney, and pursuant to Fed. R. Civ. P. 26(c), move the Court for entry of a protective order staying discovery pending the Court's ruling on Defendants' motion to dismiss and for further relief as the Court deems just and appropriate.

This motion is based on the memorandum in support filed herewith.

Respectfully submitted,

ROSENBLUM, SCHWARTZ & FRY, P.C.

By: */s/ N. Scott Rosenblum*
N. SCOTT ROSENBLUM # 33390MO
Attorney for Defendants Padda and CIPM
120 South Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050
srosenblum@rsflawfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2021, the foregoing was served by means of the Court's CM/ECF system upon all counsel of record.

*/s/ N. Scott Rosenblum*